

# Fourth Court of Appeals
## San Antonio, Texas

November 5, 2018

No. 04-18-00558-CR

Rosalinda Huereca **PENA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 6, Bexar County, Texas
Trial Court No. 455468
Honorable Wayne A. Christian, Judge Presiding

# O R D E R

Sitting:      Sandee Bryan Marion, Chief Justice
             Luz Elena D. Chapa, Justice
             Irene Rios, Justice

Appellant's brief was due October 15, 2018, but it was not filed. The clerk of this court notified appellant's counsel, Suzanne Kramer, of the deficiency by letter on October 18. The letter required a response by October 29, 2018. *See* TEX. R. APP. P. 38.8(b)(2). The brief has not been filed. Instead, on November 1, appellant's court-appointed counsel filed a motion to dismiss, raising an issue about whether the notice of appeal was timely filed.

The trial court imposed sentence on July 3, 2018, and a notice of appeal was due August 2, 2018. Appellant's pro se notice of appeal was mailed and received in this court on August 1, 2018. The clerk of this court forwarded the notice of appeal to the trial court clerk, where it was file-stamped on August 6, 2018, which was within ten days of the deadline for filing the notice of appeal. The notice of appeal therefore was timely filed. *See Taylor v. State*, 424 S.W.3d 39, 41, 44 (Tex. Crim. App. 2014); *Castillo v. State*, 369 S.W.3d 196, 198 n. 11 (Tex. Crim. App. 2012). We **deny** the motion to dismiss.

Appellant's brief is past due. We **order** Suzanne Kramer to file appellant's brief by **November 14, 2018.**

_____
Luz Elena D. Chapa, Justice

       IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of November, 2018.

_____
Keith E. Hottle
Clerk of Court